| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419**<br><br>(973) 645-4582 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

Ronald M. Whyte
211 U.S. Courthouse      *Judge PATEL*
280 South First Street
San Jose, CA 95113

Date: May 31, 2005

Re:  MDL -1663 Insurance Brokerage Litigation

David Boros
         vs .
Marsh & McLennan Companies, Inc., et al..

<u>District of New Jersey Civil Action No. 2:05-1793 (FSH)</u>

Dear Mr. Whyte:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable Faith S. Hochberg, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. A similar letter with said contents was mailed on April 8, 2005. As of this date, we have not received the requested documents back.

Please return the copy of this letter when transmitting your file and certified copy of the docket sheet.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: _____

John Icklan, Deputy Clerk

Enc.

cc: Hon. Michael J. Beck
    Clerk, Judicial Panel on Multidistrict Litigation



## United States District Court
### District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101
973-645-4555

IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: ......

|  |  |
|---|---|
| **David Boros**<br>plaintiff | Civil Action No.  05-1793 (FSH) |
| vs. | **NOTICE OF ALLOCATION<br>AND ASSIGNMENT** |
| **Marsh & McLennan Companies, Inc., et al.**<br>defendant | |

(Northern District of California No. 3:05-543 )

Pursuant to Rule 40.1 of the Local Rules of this Court, I have allocated this matter to NEWARK.

Please file all pleadings and make all motions returnable thereto.

This action has been assigned to the Hon. Faith S. Hochberg U.S.D.J.. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

WILLIAM T. WALSH, Clerk

By: /s/

John Icklan, Deputy Clerk

Date: 4/8/05

A CERTIFIED TRUE COPY

MAR 2 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05-1793 (FSH)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1663

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

C05-543 MHP

IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

FILED
JUN 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On February 17, 2005, the Panel transferred three civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Faith S. Hochberg.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hochberg.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 17, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Faith S. Hochberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By _____
Deputy Clerk

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
# DOCKET NO. 1663
# IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
CAN    3   05-543         David Boros v. Marsh & McLennan Companies, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-7847        Stephen Lewis v. Marsh & McLennan Companies, Inc., et al.
ILN    1   04-7853        Diane Preuss v. Marsh & McLennan Companies, Inc., et al.
ILN    1   05-270         Shell Vacations LLC v. Marsh & McLennan Companies, Inc., et al.
ILN    1   05-277         Clear Lam Packaging, Inc. v. Marsh & McLeannan Companies, Inc., et al.
~~ILN    1   05-315        Sheldon Langendorf, et al. v. The Hartford Financial Services Group, Inc., et al.~~
                          Opposed 3/25/05
ILN    1   05-390         Redwood Oil Co. v. Marsh & McLennan Companies, Inc., et al.

**NEW YORK SOUTHERN**
NYS    1   04-9130        Glenn Singer v. Marsh & McClennan Companies, Inc., et al.

**PENNSYLVANIA EASTERN**
PAE    2   04-5391        Bayou Steel Corp. v. ACE INA Holdings, et al.

**TENNESSEE WESTERN**
TNW    2   04-2435        Priority Ultrasound Services, Inc. v. AON Corp., et al.

# INVOLVED COUNSEL FOR SCHEDULE CTO-1
## DOCKET NO. 1663
## IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

Mark A. Aronchick
Hangley, Aronchick, Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Mitchell J. Auslander
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

Alan L. Briggs
Squire, Sanders & Dempsey
1201 Pennsylvania Avenue, N.W.
Suite 500
P.O. Box 407
Washington, DC 20004

Kathleen C. Chavez
Chavez Law Firm
P.O. Box 772
Geneva, IL 60134

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph Street
Suite 1430
Chicago, IL 60606

Paul A. Engelmayer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Mary Jane Fait
Wolf, Haldenstein, Adler, Freeman & Herz
656 West Randolph Street
Suite 500W
Chicago, IL 60661

Robert M. Foote
Foote, Meyers, Mielke & Flowers
416 South Second Street
Geneva, IL 60134

Jayne A. Goldstein
Mager, White & Goldstein, LLP
2825 University Drive, Suite 350
Coral Springs, FL 33065

Michael D. Gottsch
Greenfield & Chimicles
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

M. Duncan Grant
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Terry M. Grimm
Winston & Strawn LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

William M. Hannay
Schiff, Hardin & Waite
6600 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Fred T. Isquith, Sr.
Wolf Haldenstein Alder Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016

Steven A. Kanner
Much, Shelist, Freed, et al.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606-1615

Jeffrey A. Klafter
Klafter & Olsen, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10602

Robert J. Kriss
Mayer, Brown, Rowe & Maw, LLP
190 South LaSalle Street
Chicago, IL 60603

Roseann Oliver
Perkins & Coie
131 South Dearborn, Suite 1700
Chicago, IL 60603-5559

Michael E. Patunas
Lite, DePalma, Greenberg & Rivas, L.L.C.
Two Gateway Center
12th Floor
Newark, NJ 07102

Andrea Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5630

Lawrence W. Schad
Beeler, Schad & Diamond, P.C.
332 South Michigan Avenue
Suite 1000
Chicago, IL 60604

Stephen W. Schwab
Piper, Rudnick, LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Rebecca C. Shore
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Leslie M. Smith
Kirkland & Ellis, P.A.
200 East Randolph Drive, Suite 5800
Chicago, IL 60601

Jill M. Steinberg
Baker, Donelson, Bearman, Caldwell & Berkowtiz
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Martin W. Zummach
Sparkman Zummach, P.C.
P.O. Box 266
Southaven, MS 38671-0266

# INVOLVED JUDGES FOR SCHEDULE CTO-1
## DOCKET NO. 1663
## IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

Hon. J. Daniel Breen
U.S. District Judge
345 United States Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ronald A. Guzman
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. James F. Holderman, Jr.
U.S. District Judge
Everett McKinley Dirksen U.S. Cthse
219 South Dearborn Street
Chicago, IL 60604

Hon. Matthew F. Kennelly
U.S. District Judge
1778 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Joan Humphrey Lefkow
U.S. District Judge
1956 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. George M. Marovich
Senior U.S. District Judge
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102

~~Hon. James B. Zagel~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen U.S. Courthouse~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

# INVOLVED CLERKS FOR SCHEDULE CTO-1
## DOCKET NO. 1663
## IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert R. Di Trolio, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103